**No. 59895.**—R. E. Schanzer, Inc. *v.* United States, protest 260650–K/14308 (New Orleans).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

MAY 1, 1956

**No. 59896.**—SUIT 4853.—Concord Watch Co., Inc. *v.* United States.—

—C. D. 1700 affirmed January 20, 1956.    C. A. D. 606.